

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00240-CV

**HECKMANN WATER RESOURCES (CVR), INC.**,
Appellant

v.

Jose Luis **AGUILAR**, Individually, Eudelia Aguilar, Individually, Vanessa Arce, Individually, Eudelia Aguilar and Vanessa Arce as Personal Representatives of the Estate of Carlos Aguilar, Deceased, et al.,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-06-11697-DCVCLM
Honorable Cynthia L. Muniz, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment dated January 7, 2014 and Amended Final Judgment dated April 1, 2014 are hereby SET ASIDE without regard to the merits and the cause is REMANDED to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

Costs of appeal are taxed against the party who incurred them.

SIGNED August 13, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice